Reset Form | Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:20-cv-00170, Case Name Muna Al-Suyid et al. v. Khalifa Hifter, et al.
Party Represented by Applicant: Plaintiffs, Muna Al-Suyid, et al.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Joseph George Grasso
Bar Identification Number 87212 / 2120103    State Pennsylvania/NY
Firm Name Wiggin and Dana LLP
Firm Phone # 215-988-8310    Direct Dial # 215-988-8312    FAX # 215-988-8344
E-Mail Address JGrasso@wiggin.com
Office Mailing Address Two Liberty Place, 50 S. 16th Street, Suite 2925, Philadelphia, PA 19102

Name(s) of federal court(s) in which I have been admitted Please see attached.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _x_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    2-19-2020 (Date)
William B. Cummings
(Typed or Printed Name)    06469 (VA Bar Number)

Court Use Only:
Clerk's Fee Paid ✓ BR    or Exemption Granted _____

The motion for admission is GRANTED ✓    or DENIED _____

February 20, 2020
(Date)

/s/ _____
Leonie M. Brinkema
United States District Judge

Bar Admissions
Joseph George Grasso

1. USDC, Eastern District of Pennsylvania
2. USDC, Middle District of Pennsylvania
3. USDC, Western District of Pennsylvania
4. USDC, Eastern District of New York
5. USDC, Southern District of New York
6. Second Circuit Court of Appeals
7. Fifth Circuit Court of Appeals
8. U.S Supreme Court