UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MUNA AL-SUYID, individually and on behalf of the :
estates of her family members ABDEL SALAM :
AL-SUYID, IBRAHIM AL-SUYID, KHALID :
AL-SUYID and MUSTAFA AL-SUYID, and :
ABDALLA AL-KRSHINY, AHMAD AL-KRSHINY, :
MAHMUD AL-KRSHINY, :
and IBRAHIM AL-KRSHINY, individually :
and on behalf of his family member ALI AL-KRSHINY :
and MUSTAFA AL-KRSHINY, :
: No. 1:20-cv-00170-LMB-JFA
Plaintiffs, :
:
v. :
:
KHALIFA HIFTER, KHALID HIFTER, and SADDAM :
HIFTER :
:
Defendants. :
_____ : March 6, 2020

**NOTICE OF APPEARANCE AND MOTION AND ORDER
TO RELIEVE COUNSEL OF RECORD**

To the Clerk of this Court and all parties of record:

Please note the appearance of Kevin Carroll, Esquire, as lead counsel in this case for Plaintiffs **Muna al-Suyid**, *individually and on behalf of the estates of her family members Abdel Salam al-Suyid, Ibrahim al-Suyid, Khalid al-Suyid and Mustafa al-Suyid,* **Abdalla al-Krshiny,** *individually and on behalf of his family member Ali al-Krshiny and Mustafa al-Krshiny,* **Mahmud al-Krshiny,** *individually and on behalf of his family member Ali al-Krshiny and Mustafa al-Krshiny,* and **Ibrahim al-Krshiny,** *individually and on behalf of his family member Ali al-Krshiny and Mustafa al-Krshiny.*

With the appearance of new lead counsel, the plaintiffs hereby move this Court for the entry of an order relieving William B. Cummings, Esquire, WILLIAM B. CUMMINGS, P.C., as counsel of record in this matter.

Respectfully submitted,

By: */s/ William B. Cummings*
William B. Cummings (VA Bar No. 06469)
WILLIAM B. CUMMINGS, P.C.
111 S. Fairfax Street
Alexandria, VA 22314
(703) 836-7997
wbpclaw@aol.com

*/s/ Kevin Carroll*
Kevin Carroll (VA Bar No. 95292)
WIGGIN AND DANA LLP
800 17th Street NW
Suite 520
Washington, DC 20006
(202) 800-2470
kcarroll@wiggin.com

*Attorney for Plaintiffs*

So Ordered

/s/ [signature]
Leonie M. Brinkema
United States District Judge  3/9/2020