Muna Al-Suyid, et. al., Plaintiff(s)
vs.
Khalifa Hifter, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 156762-0001

# AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Service of Process on:
—Khalifa Hifter
Court Case No. 1:20-cv-00170

WIGGIN & DANA

265 Church Street
PO Box 1832
New Haven, CT 06508

Customer File: 28418-1

State of: **D.C.** ) ss.
County of: **Washington** )
Name of Server: **David S. Felter**, undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was of legal age and was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
Summons and Complaint and Civil Cover Sheet

**Service of Process on:** The undersigned attempted to serve the documents on
Khalifa Hifter

**Attempts:** and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

Dates/Time/Address Attempted: 410 Course Street, NE, Vienna, VA 22180-3626 **on 2/24/2020 at 3:20 pm**
Reason for Non-Service: **I spoke to the current resident who stated that they had purchased the home almost 8 years ago from the defendants and believed they are now back in Libya.**

Dates/Time/Address Attempted:
Reason for Non-Service:

Dates/Time/Address Attempted:
Reason for Non-Service:

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **28** day of **February**, 20 **20**

_____ (Commission Expires)
Notary Public

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024