Muna Al-Suyid, et. al., Plaintiff(s)
vs.
Khalifa Hifter, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 156762-0001

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Service of Process on:
--Saddam Hifter
Court Case No. 1:20-cv-00170

WIGGIN & DANA

265 Church Street
PO Box 1832
New Haven, CT 06508

Customer File: 28418-1

State of: D.C. ) ss.
County of: Washington )

Name of Server: David S. Felter, undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was of legal age and was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
Summons and Complaint and Civil Cover Sheet

**Service of Process on:** The undersigned attempted to serve the documents on
Saddam Hifter

and after due and diligent efforts, was unable to effect service.
**Attempts:** The following is a list of the attempts made to effect service:

Dates/Time/Address Attempted: 410 Course Street, NE, Vienna, VA 22180-3626 on 2/24/2020 at 3:20 PM
Reason for Non-Service: I spoke to the current resident who stated that they had
Dates/Time/Address Attempted: purchased the home almost 8 years ago from the
Reason for Non-Service: defendants and believed they are now back in Libya.

Dates/Time/Address Attempted:
Reason for Non-Service:

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 28 day of February, 20 20

Angela H. Croson
Notary Public            (Commission Expires)

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024