Muna Al-Suyid, et. al., Plaintiff(s)
vs.
Khalifa Hifter, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 156762-0002

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Khalifa Hifter
Court Case No. 1:20-cv-00170

WIGGIN & DANA

265 Church Street
PO Box 1832
New Haven, CT 06508

State of: **District of Columbia** ss.
County of: **Washington**
Name of Server: **Abel Emiru**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14th** day of **March**, 20 **20**, at **11:39** o'clock **A** M

Place of Service: at **5505 Seminary Road, Unit 2310N**, in **Falls Church, VA 22041**

Documents Served: the undersigned served the documents described as:
**Alias Summons and Complaint and Civil Cover Sheet**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Khalifa Hifter** -- **POST & MAIL**

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Khalifa Hifter** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex ___; Skin Color ___; Hair Color ___; Facial Hair ___
Approx. Age ___; Approx. Height ___; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **17th** day of **March**, 20 **20**

Notary Public (Commission Expires)

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024

Previous attempts were made on:
03/11/2020 at 8:58 PM
03/12/2020 at 8:23 AM
03/13/2020 at 12:13 PM

Muna Al-Suyid, et. al., Plaintiff(s)
vs.
Khalifa Hifter, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 156762-0003

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Khalifa Hifter, by mailing
Court Case No. 1:20-cv-00170

WIGGIN & DANA

265 Church Street
PO Box 1832
New Haven, CT 06508

State of: **District of Columbia** ss.
County of: **Washington**
Name of Server: **Abel Emiru**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16th** day of **March**, 20 **20**, at **1** o'clock **P** M

Place of Service: at **3409 Wilson Blvd. Apt. 213**, in **Arlington, VA 22201**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint and Civil Cover Sheet**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Khalifa Hifter, by mailing**

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Khalifa Hifter, by mailing** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex ___; Skin Color ___; Hair Color ___; Facial Hair ___
Approx. Age ___; Approx. Height ___; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **17th** day of **March**, 20 **20**

Signature of Server
**APS International, Ltd.**

Notary Public (Commission Expires)

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024