Muna Al-Suyid, et. al., Plaintiff(s)
vs.
Khalifa Hifter, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 156763-0002

**AFFIDAVIT OF SERVICE -- Individual**

Service of Process on:

WIGGIN & DANA

265 Church Street
PO Box 1832
New Haven, CT 06508

--Khalid Hifter
Court Case No. 1:20-cv-00170

State of: District of Columbia ss.
County of: Washington

Name of Server: Abel Emiru , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14th day of March , 20 20, at 11:27 o'clock A M

Place of Service: at 5505 Seminary Road, Unit 2310N , in Falls Church, VA 22041

Documents Served: the undersigned served the documents described as:
**Alias Summons and Complaint and Civil Cover Sheet**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Khalid Hifter**

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____ , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Khalid Hifter - POST & MAIL**
at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ____; Skin Color _____; Hair Color _____; Facial Hair_____
Approx. Age_____; Approx. Height _____; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 17th day of March , 20 20

Notary Public        (Commission Expires)

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024

Previous attempts were made on:
03/11/2020 at 8:58 PM
03/12/2020 at 8:23 AM
03/13/2020 at 12:13 PM

Muna Al-Suyid, et. al., Plaintiff(s)

vs.

Khalifa Hifter, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 156762-0003

## AFFIDAVIT OF SERVICE -- Individual

**WIGGIN & DANA**

265 Church Street
PO Box 1832
New Haven, CT  06508

Service of Process on:

--Khalid Hifter, by mailing
Court Case No. 1:20-cv-00170

State of: District of Columbia ss.
County of: Washington

Name of Server: Abel Emiru , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 16th day of March , 20 20, at 1 o'clock P M

Place of Service: at 3409 Wilson Blvd. , in Arlington, VA 22201
Apt. 213

Documents Served: the undersigned served the documents described as:
**Summons and Complaint and Civil Cover Sheet**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Khalid Hifter, by mailing**

Person Served, and
Method of Service:

☐ By personally delivering them into the hands of the person to be served.

By delivering them into the hands of _____, a person
of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Khalid Hifter, by mailing**

at the place of service, and whose relationship to the person is: _____

Description of Person
Receiving Documents: The person receiving documents is described as follows:
Sex ____; Skin Color _____; Hair Color _____; Facial Hair_____
Approx. Age_____; Approx. Height _____; Approx. Weight _____

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at
the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
17th day of March , 20 20

_____                    Angela H. Croson
Signature of Server                          Notary Public        (Commission Expires)
**APS International, Ltd.**

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024