Muna Al-Suyld, et. al., Plaintiff(s)
vs.
Khalifa Hifter, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 156762-0002

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

WIGGIN & DANA

--Saddam Hifter
Court Case No. 1:20-cv-00170

265 Church Street
PO Box 1832
New Haven, CT 06508

---

State of: District of Columbia ) ss.
County of: Washington )

Name of Server: Abel Emiru , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 14th day of March , 20 20, at 11:29 o'clock A M

Place of Service: at 5505 Seminary Road, Unit 2310N , in Falls Church, VA 22041

Documents Served: the undersigned served the documents described as:
Alias Summons and Complaint and Civil Cover Sheet

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Saddam Hifter — POST & MAIL

Person Served, and Method of Service:
— By personally delivering them into the hands of the person to be served.
— By delivering them into the hands of _____ , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Saddam Hifter at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex ___; Skin Color ___; Hair Color ___; Facial Hair ___
Approx. Age ___; Approx. Height ___; Approx. Weight ___

— To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 17th day of March , 2020
_____
Notary Public          (Commission Expires)

ANGELA H. CHOSON
NOTARY PUBLIC DISTRICT OF COLUM...
My Commission Expires March 31 2024

Previous attempts were made on:
03/11/2020 at 8:58 PM
03/12/2020 at 8:23 AM
03/13/2020 at 12:13 PM

Muna Al-Suyld, et. al., Plaintiff(s)
vs.
Khalifa Hifter, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 156762-0003

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Saddam Hifter, by mailing
Court Case No. 1:20-cv-00170

WIGGIN & DANA

265 Church Street
PO Box 1832
New Haven, CT 06508

State of: __District of Columbia__ ) ss.
County of: __Washington__ )
Name of Server: __Abel Emira__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __16th__ day of __March__, 20 __20__, at __1__ o'clock __P__ M

Place of Service: at 3409 Wilson Blvd.  Apt. 213, in Arlington, VA 22201

Documents Served: the undersigned served the documents described as:
**Summons and Complaint and Civil Cover Sheet**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Saddam Hifter, by mailing**

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Saddam Hifter, by mailing** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex ___; Skin Color ___; Hair Color ___; Facial Hair ___
Approx. Age ___; Approx. Height ___; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this __17th__ day of __March__, 20 __20__
_____
Notary Public   (Commission Expires)

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024