IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Muna al-Suyid, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:20cv170 |
| | ) | |
| Khalifa Hifter, et al. | ) | |
| Defendants | ) | |

**ENTRY OF DEFAULT**

In accordance with plaintiffs' request to enter default and the declaration of Kevin T. Carroll, counsel of record for plaintiffs, the Clerk of this Court does hereby enter the default of defendants Khalifa Hifter, Khalid Hifter, Saddam Hifter for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

By: _____/s/_____
Kathy Lau
DEPUTY CLERK

Dated: 5/5/20