# THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, ET AL. | ) |
| | ) Civ. No. 1:20-cv-00170-LMB-JFA |
| | ) |
| v. | ) |
| | ) |
| KHALIFA HIFTER, ET AL. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ENTRY OF APPEARANCE FOR LIMITED PURPOSE OF FILING DEFENDANT'S COUNSEL'S LETTER

Attorney Edward J. Ungvarsky respectfully notices his appearance as counsel for the defendant, Khalifa Hifter, in the above-captioned matter, for the limited purpose of filing counsel's letter indicating intent to file motion seeking pro hac vice admission and to file responsive papers.

Respectfully Submitted,

Date: July 31, 2020                          /S/ Edward J. Ungvarsky
                                             Edward J. Ungvarsky, VSB #83014
                                             Ungvarsky Law, PLLC
                                             114 North Alfred Street
                                             Alexandria, VA 22314
                                             Tel: 571-207-9710
                                             ed@ungvarskylaw.com
                                             Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record, including counsel for the plaintiffs, Kevin Thomas Carroll. I have also separate sent a copy of the notice directly to Mr. Carroll at kcarroll@wiggin.com and to Mr. Duncan Levin, counsel for the Defendant, at dlevin@tuckerlevin.com.

Date: July 31, 2020                          /S/ Edward J. Ungvarsky
                                             Edward J. Ungvarsky, VSB #83014