THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, ET AL., ) | |
| ) | Civ. No. 1:20-cv-00170-LMB-JFA |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| KHALIFA HIFTER, ET AL., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants General Khalifa Hifter, Khalid Hifter, and Saddam Hifter, by and through undersigned counsel, hereby move for dismissal of all claims brought against them pursuant to Rules 12(b)(1), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure or, in the alternative, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Defendants submit the accompanying Memorandum and Proposed Order.

Dated:  August 20, 2020        Respectfully submitted,

Duncan P. Levin, Esq.
Tucker Levin, PLLC
230 Park Avenue, Suite 440
New York, New York 10169
212-330-7626
dlevin@tuckerlevin.com
www.tuckerlevin.com

*Counsel for Defendants*

/s/

Edward J. Ungvarsky
VSB 83014
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
571-207-9710
ed@ungvarskylaw.com
www.ungvarskylaw.com

*Local Counsel for Defendants*