# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **MUNA AL-SUYID, ET AL.,** )<br>)<br>**Plaintiffs,** )<br>**v.** )<br>)<br>**KHALIFA HIFTER, ET AL.,** )<br>)<br>**Defendants.** )<br>) | **Civ. No. 1:20-cv-00170-LMB-JFA** |

## NOTICE OF HEARING

I, hereby notice for hearing Defendants' <u>Motion to Dismiss or, in the Alternative, Motion for Summary Judgment</u> for September 15, 2020 at 10:00 a.m. Counsel for the Defendants respectfully requests that counsel and the parties are permitted to appear remotely – whether by video or telephone – given personal and public health concerns associated with the pandemic.

Respectfully Submitted,

Date: August 20, 2020

/S/ Edward J. Ungvarsky
Edward J. Ungvarsky, VSB #83014
Ungvarsky Law, PLLC
114 North Alfred Street
Alexandria, VA 22314
Tel: 571-207-9710
ed@ungvarskylaw.com

*Attorney for Defendant*