IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MUNA AL-SUYID, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:20-cv-170 (LMB/JFA) |
| | ) | |
| KHALIFA HIFTER, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 31, 2020, Edward John Ungvarsky noticed an appearance in this action as counsel for defendant Khalifa Hifter and filed a letter Motion to Set Aside Default on his behalf. [Dkt. Nos. 32, 33]. On August 6, 2020, the letter Motion was granted and the default entered on May 5, 2020 was set aside as to Khalifa Hifter. [Dkt. No. 35]. On August 20, 2020, defense counsel re-noticed his appearance as counsel for Khalifa Hifter, Khalid Hifter, and Saddam Hifter and filed a Motion to Dismiss on their behalf. [Dkt. No. 36]. Accordingly, for the reasons stated in the August 6, 2020 Order, it is hereby

ORDERED that the default entered on May 5, 2020 be and is SET ASIDE as to Khalid Hifter and Saddam Hifter.[1]

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 24 day of August, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

---

[1] This decision renders plaintiffs' Motion for Default Judgment [Dkt. No. 27] and the magistrate judge's Report and Recommendation [Dkt. No. 31] moot.