UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MUNA AL-SUYID, individually and on behalf of the estates of her family members ABDEL SALAM AL-SUYID, IBRAHIM AL-SUYID, KHALID AL-SUYID and MUSTAFA AL-SUYID, and ABDALLA AL-KRSHINY, AHMAD AL-KRSHINY, MAHMUD AL-KRSHINY, and IBRAHIM AL-KRSHINY, individually and on behalf of his family member ALI AL-KRSHINY and MUSTAFA AL-KRSHINY, <br><br> Plaintiffs, <br><br> v. <br><br> KHALIFA HIFTER, KHALID HIFTER, and SADDAM HIFTER <br><br> Defendants. | Civil Action No. 1:20-cv-00170-LMB-JFA <br><br><br><br> SEPTEMBER 1, 2020 |

**| ORDER GRANTING
CONSENTED TO MOTION FOR EXTENSION OF TIME**

Upon the Motion of Muna al-Suyid (individually and on behalf of the estates of her father Abdel Salam al-Suyid, and her brothers Ibrahim al-Suyid, Khalid al-Suyid, and Mustafa al-Suyid), Plaintiffs Abdalla al-Krshiny, Ahmad al-Krshiny, Mahmud al-Krshiny, and Plaintiff Ibrahim al-Krshiny (individually and on behalf of the estates of his brothers Ali al-Krshiny and Mustafa al-Krshiny) (collectively "Plaintiffs") for entry of an Order granting its Consented to Motion for Extension of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given to all parties entitled to receive notice of the Motion, and that no further notice is necessary or required; after due deliberation and good cause appearing to grant the relief requested in the Motion; and for good cause shown;

1

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the deadline for Plaintiffs' response to Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment ("Motion to Dismiss") is hereby extended to September 10, 2020; and

**IT IS FURTHER ORDERED** that the notice for hearing of Defendants' Motion to Dismiss – at which, counsel and the parties are permitted to appear remotely by video or telephone – be moved to September 29, 2020 at 10:00 a.m.

Signed this 2nd day of September, 2020.

/s/
Leonie M. Brinkema
United States District Judge