# CIVIL MOTION MINUTES
## (via TELECONFERENCE)

Date: 09/29/20 　　　　　　　　　　　　　　　Judge: Brinkema
　　　　　　　　　　　　　　　　　　　　　　　Reporter: T. Harris

Time: 3:04pm – 3:56pm

Civil Action Number: 1:20cv170

Muna al-Suyid et al　　　　vs.　　Khalifa Hifter et al

Appearances of Counsel for　　(X) Pltf　　( X ) Deft

Motion to/for:
#38 Deft Motion to Dismiss for Failure to State a Claim

Argued &
(  ) Granted   (  ) Denied ( X) Granted in part/Denied in part
(  )Held in Abeyance (  ) Taken Under Advisement   (  ) Continued to (  ) Overruled

Court orders case stayed for 60 days

(  ) Memorandum Opinion to Follow

(X )   Order to follow