IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MUNA AL-SUYID, et al., )
)
    Plaintiffs, )
)
v. ) 1:20-cv-170 (LMB/JFA)
)
KHALIFA HIFTER, et al., )
)
    Defendants. )

ORDER

For the reasons stated during a telephone conference held on the record with attorneys for both parties present, defendants' Motion to Dismiss [Dkt. No. 38] is GRANTED IN PART and DENIED IN PART; and it is hereby

ORDERED that Counts II, III, IV, V, VI, and VII of plaintiffs' Complaint [Dkt. No. 1] be and are DISMISSED and that the allegations in Count I as to defendants Khalid Hifter and Saddam Hifter are dismissed, leaving only Count I against defendant Khalifa Hifter; and it is hereby

ORDERED that the action be and is STAYED for sixty days.

The Clerk is directed to remove this action from the active docket and forward copies of this Order to counsel of record.

Entered this 29th day of September, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge