**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MUNA AL-SUYID, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:20-cv-170 (LMB/JFA) |
| KHALIFA HIFTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE BY THE UNITED STATES OF AMERICA**

On October 26, 2020, this Court transmitted a letter to the United States Department of State, soliciting its input concerning the above-captioned action and another civil action, *Aida Elzagally, et al. v. Khalifa Hifter, et al.,* Case No. 1:19-cv-853 (LMB/MSN). Letter, Dkt. No. 53. Specifically, the Court "invited" the State Department "to communicate its views on whether these actions should proceed in this court." *Id.* 2. The Court directed that "[i]f the State Department wishes to do so . . . its views should be received on or before January 4, 2021." *Id.*

The State Department appreciates the Court's invitation to express its views. At this time, however, the United States declines to file a Statement of Interest pursuant to 28 U.S.C. § 517.

/

/

/

/

/

Dated: January 4, 2021

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

_____/s/_____

LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3752
Fax:    (703) 299-3983
Email: lauren.wetzler@usdoj.gov
*Counsel for United States of America*