UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:20cv170 |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE BY THE UNITED STATES OF AMERICA

In a letter dated October 26, 2020 (Dkt. No. 53), this Court invited the United States Department of State to provide its input concerning whether the above-captioned action, and a second civil action styled as *Elzagally, et al. v. Hifter*, No. 1:19cv853 (E.D. Va.), "should proceed in this Court." On January 4, 2021, the United States – on behalf of the State Department – filed a notice declining to file a Statement of Interest pursuant to 28 U.S.C. § 517 (Dkt. No. 54).

In a second letter dated April 5, 2021 (Dkt. No. 89), this Court once again invited the State Department to provide its input concerning whether the above-captioned action, the *Elzagally* action, and a newly-filed third action styled as *Hamza, et al. v. Hifter*, 1:20cv1038 (E.D. Va.), "should proceed in this Court." This Court's letter specifically noted that its renewed solicitation was made "[a]s a courtesy to the new administration," and requested a response from the State Department by May 14, 2021.

The State Department again sincerely appreciates this Court's invitation to express its views on the issues presented in these three civil actions. But after careful deliberation, the

- 2 -

United States politely declines to file a Statement of Interest, pursuant to 28 U.S.C. § 517, at this time.

        Respectfully submitted,

        RAJ PAREKH
        ACTING UNITED STATES ATTORNEY

By:         /s/
        DENNIS C. BARGHAAN, JR.
        Acting Chief, Civil Division
        Assistant U.S. Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3891
        Fax:       (703) 299-3983
        Email:  dennis.barghaan@usdoj.gov

DATE: May 14, 2021        ATTORNEYS FOR THE UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing ("NEF") to the following:

Kevin Thomas Carroll
Wiggin Dana LLP
800 17th Street, N.W., Suite 520
Washington, D.C. 20006
Email: Kcarroll@wiggin.com

Jesse R. Binnall
Harvey & Binnall PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Email: Jbinnall@harveybinnall.com

Date: May 14, 2021

/s/
DENNIS C. BARGHAAN, JR.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:          (703) 299-3983
Email:  dennis.barghaan@usdoj.gov

ATTORNEYS FOR THE UNITED STATES OF AMERICA