**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MUNA AL-SUYID, individually and on behalf of the estates of her family members ABDEL SALAM AL-SUYID, IBRAHIM AL-SUYID, KHALID AL-SUYID and MUSTAFA AL-SUYID, and ABDALLA AL-KRSHINY, AHMAD AL-KRSHINY, MAHMUD AL-KRSHINY, and IBRAHIM AL-KRSHINY, individually and on behalf of his family member ALI AL-KRSHINY and MUSTAFA AL-KRSHINY, <br><br>                      Plaintiffs, <br><br>KHALIFA HIFTER, <br><br>                      Defendant. | Civil Action No.<br>1:20-cv-00170-LMB-JFA<br><br><br><br>MAY 28, 2021 |

**PLAINTIFFS' SECOND MOTION TO STRIKE AFFIRMATIVE DEFENSES**

COMES NOW Plaintiff Muna al-Suyid (individually and on behalf of the estates of her father Abdel Salam al-Suyid, and her brothers Ibrahim al-Suyid, Khalid al-Suyid, and Mustafa al-Suyid), Plaintiffs Abdalla al-Krshiny, Ahmad al-Krshiny, Mahmud al-Krshiny, and Plaintiff Ibrahim al-Krshiny (individually and on behalf of the estates of his brothers Ali al-Krshiny and Mustafa al-Krshiny) (collectively "Plaintiffs") and respectfully request that this Court enter an Order striking the five affirmative defenses set forth in Defendant Khalifa Hifter's Amended Answer, filed on April 1, 2021, in this matter. [Dkt 86].

Based on the Memorandum in Support filed herewith, Plaintiffs ask this Court to enter an Order striking Defendant's affirmative defenses with prejudice because they lack a sound basis in law and, thus, amendment of such defenses would be futile.

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: May 28, 2021 | /s/ *Kevin T. Carroll* |
|  | Kevin T. Carroll (VSB#95292) |
|  | Wiggin and Dana LLP |
|  | 800 17th Street, NW, Suite 520 |
|  | Washington, DC 20006 |
|  | kcarroll@wiggin.com |
|  | Phone: 202-800-2475 |
|  | Facsimile: 212-551-2888 |

2