IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:20-cv-170 (LMB/JFA) |
| | ) |
| KHALIFA HIFTER, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

On May 19, 2021, plaintiffs' counsel was ordered not to seek court action by filing a letter. This Court expects lawyers to file motions whenever court action is sought, and that expectation is expressed in Local Civil Rule 7. Despite that clear direction, plaintiffs' counsel have filed a letter, rather than a motion, in which they essentially seek leave to withdraw a previously filed Motion to Strike Affirmative Defenses. This is the last time the Court will address any request for relief presented in this improper format.

Because plaintiffs have already filed a new motion to strike, it is obvious that the original motion to strike is moot. Accordingly, it is hereby

ORDERED that plaintiffs' first Motion to Strike Affirmative Defenses [Dkt. No. 71] be and is DENIED AS MOOT.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 28th day of May, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge