IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:20-cv-170 (LMB/JFA) |
| ) | |
| KHALIFA HIFTER, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that plaintiffs' Second Motion to Strike Affirmative Defenses [Dkt. No. 98] be and is GRANTED IN PART and DENIED IN PART. Defendant's first and second affirmative defenses for head-of-state immunity and political question doctrine are stricken, and defendant's third, fourth, and fifth affirmative defenses for estoppel, waiver, and failure to state a claim may go forward.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 1st day of July, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge