**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MUNA AL-SUYID, individually and on behalf of the estates of her family members ABDEL SALAM AL-SUYID, IBRAHIM AL-SUYID, KHALID AL-SUYID and MUSTAFA AL-SUYID, and ABDALLA AL-KRSHINY, AHMAD AL-KRSHINY, MAHMUD AL-KRSHINY, and IBRAHIM AL-KRSHINY, individually and on behalf of his family member ALI AL-KRSHINY and MUSTAFA AL-KRSHINY, | |
| Plaintiffs, | Civil Action No. 1:20-cv-00170-LMB-JFA |
| v. | |
| KHALIFA HIFTER, | SEPTEMBER 17, 2021 |
| Defendant. | |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM AND DEPOSITION OF**
**<u>DEFENDANT KHALIFA HIFTER</u>**

Pursuant to Federal Rule of Civil Procedure 37(a), Local Civil Rule 7(E) and Local Civil Rule 37, Plaintiffs Muna al-Suyid, individually and on behalf of her family members Abdel Salam al-Suyid, Ibrahim al-Suyid, Khalid al-Suyid and Mustafa al-Suyid, and Abdalla al-Krshiny, Ahmad al-Krshiny, Mahmud al-Krshiny and Ibrahim al-Krshiny, individually and on behalf of their family members Ali al-Krshiny and Mustafa al-Krshiny (collectively "Plaintiffs"), through their attorney, respectfully move this Court to compel Defendant Khalifa Hifter ("Defendant") to produce pursuant to Plaintiffs' First Set of Requests for Production and respond to Plaintiffs' First Set of Interrogatories, both served on Defendant on July 22, 2021.

1

In support of this Motion to Compel, Plaintiffs submit their Memorandum of Law, dated September 17, 2021, filed simultaneously with this Motion: a Declaration of Kevin T. Carroll, attached as Exhibit A; a Proposed Order Granting Plaintiffs' Motion to Compel, attached as Exhibit B; Plaintiffs' Discovery Requests, attached as Exhibits C and D; Defendant's responses and objections to Plaintiffs' Requests for Production, attached as Exhibit E; counsel's e-mail correspondence, attached as Exhibit F; and Plaintiffs' notice of deposition for Defendant Khalifa Hifter, attached as Exhibit G.

Dated: September 17, 2021

                                                Respectfully Submitted,
                                                **WIGGIN AND DANA LLP**

                                                By:/s/ *Kevin T. Carroll*
                                                Kevin T. Carroll (VSB#95292)
                                                Joseph G. Grasso (*pro hac vice*)
                                                Wiggin and Dana LLP
                                                800 17th Street, NW, Suite 520
                                                Washington, DC 20006
                                                kcarroll@wiggin.com
                                                jgrasso@wiggin.com
                                                Phone: 202-800-2475
                                                Facsimile: 212-551-2888

## **CERTIFICATION**

Pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 37(E), undersigned counsel states that Plaintiffs' counsel has in good faith conferred with Defendant's counsel in an effort to resolve the issues raised in this motion but has been unable to reach a resolution without the judicial intervention of this Court.

*/s/ Kevin T. Carroll*
Kevin T. Carroll
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 17, 2021, I filed Plaintiffs' Motion to Compel with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Jesse R. Binnall (VSB #79292)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
jesse@binnall.com
Phone: (703) 888-1943
Fax: (703) 888-1930

Lindsay R. McKasson (VSB #96074)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
lindsay@binnall.com
Phone: (703) 888-1943
Fax: (703) 888-1930

*Counsel for Defendant*

                                                    */s/ Kevin T. Carroll*
                                                    Kevin T. Carroll
                                                    *Counsel for Plaintiffs*