UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MUNA AL-SUYID, *et al.*,

    *Plaintiffs*,

v.

KHALIFA HIFTER,

    *Defendant*.

Civil No. 1:20-cv-00170-LMB-MSN

**ORDER**

This matter comes before the Court on plaintiffs' Motion for Protective Order (Dkt. No. 139), defendant's Motion to Compel Deposition of Defendant (Dkt. No. 144), and defendant's Motion to Compel and Limitedly Extend Discovery (Dkt. No. 147). Having reviewed the parties' motions, oppositions, arguments of counsel, and for the reasons stated in open court, it is hereby

ORDERED that plaintiffs' Motion to Compel Deposition of Defendant (Dkt. No. 144) is GRANTED. Defendant shall sit for deposition within fourteen (14) days; it is further

ORDERED that plaintiffs' Motion for Protective Order (Dkt. No. 139) is GRANTED in part and DENIED in part. Defendant is precluded from questioning plaintiffs regarding the subject at issue in the instant motion for the reasons stated from the bench. Defendant's Motion to Compel and Limitedly Extend Discovery (Dkt. No. 147) is GRANTED in part and DENIED in part. Discovery in this matter is now closed. However, for the reasons stated in open court, defendant shall be permitted to re-notice the depositions of the two plaintiffs previously noticed for deposition but whose depositions never commenced. Plaintiffs shall sit for those depositions within

fourteen (14) days.

      SO ORDERED this 22nd day of October 2021.

                                                                /s/
                                          Michael S. Nachmanoff
                                          United States Magistrate Judge

Alexandria, Virginia