IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | 1:20-cv-170 (LMB/MSN) |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, Defendant's Motion Objecting to Magistrate Judge Orders of October 1, 2021, [Dkt. No. 150] is DENIED, Defendant's Motion Objecting to Magistrate Judge Orders of October 22, 2021, [Dkt. No. 165] is GRANTED IN PART and DENIED IN PART, and it is hereby

ORDERED that defendant may re-depose plaintiff Ibrahim al-Krshiny and ask who he spoke with to prepare for the deposition, but defendant may not ask about the location of any person with whom he spoke. Defendant's Motion is denied in all other respects; and it is further

ORDERED that the parties must comply with the following rules during all remaining depositions: first, if the parties reach an impasse during a line of questioning, they are to suspend pursuing that line of questioning and move on to a new topic to complete the deposition before they contact a magistrate judge; second, the only persons permitted in the room with a deponent other than counsel of record are a translator and, if technical issues arise, someone to provide

technical support; and third, the parties can ask a deponent who they spoke with to prepare for a deposition, but they cannot ask about that person's location.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 29th day of October, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge