**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MUNA AL-SUYID, individually and on behalf of the estates of her family members ABDEL SALAM AL-SUYID, IBRAHIM AL-SUYID, KHALID AL-SUYID and MUSTAFA AL-SUYID, and ABDALLA AL-KRSHINY, AHMAD AL-KRSHINY, MAHMUD AL-KRSHINY, and IBRAHIM AL-KRSHINY, individually and on behalf of his family member ALI AL-KRSHINY and MUSTAFA AL-KRSHINY, : : : : : : : : : : : | |
| Plaintiffs, : : | Civil Action No. 1:20-cv-00170-LMB-JFA |
| v. : : | |
| KHALIFA HIFTER, : : | NOVEMBER 8, 2021 |
| Defendant. : : | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on December 3, 2021, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Plaintiffs will present to the Court their argument in support of their Motion for Reconsideration.

Respectfully Submitted,

Dated: November 8, 2021

*/s/ Kevin T. Carroll*
Kevin T. Carroll (VSB #95292)
Joseph G. Grasso (*pro hac vice*)
Sarah E. York (VSB #91181)
Wiggin and Dana LLP
800 17th Street, NW, Suite 520
Washington, DC 20006

1

kcarroll@wiggin.com  
jgrasso@wiggin.com  
syork@wiggin.com  
Phone: 202-800-2475  
Facsimile: 212-551-2888

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, I filed Plaintiffs' Notice of Hearing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Jesse R. Binnall (VSB #79292)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
jesse@binnall.com
Phone: (703) 888-1943
Fax: (703) 888-1930

Lindsay R. McKasson (VSB #96074)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
lindsay@binnall.com
Phone: (703) 888-1943
Fax: (703) 888-1930

*Counsel for Defendant*

                                                 */s/ Kevin T. Carroll*

                                                 Kevin T. Carroll
                                                 *Counsel for Plaintiffs*