IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, individually and on behalf of the estates of her family members ABDEL SALAM AL-SUYID, IBRAHIM AL-SUYID, KHALID AL-SUYID and MUSTAFA AL-SUYID, and ABDALLA AL-KRSHINY, AHMAD AL-KRSHINY, MAHMUD AL-KRSHINY, and IBRAHIM AL-KRSHINY individually and on behalf of his family members ALI AL-KRSHINY and MUSTAFA AL-KRSHINY,<br><br>Plaintiffs,<br><br>v.<br><br>KHALIFA HIFTER,<br><br>Defendant. | Civil Action No. 1:20-cv-170 (LMB/MSN) |

### MOTION OF KEVIN CARROLL
### TO WITHDRAW AS COUNSEL OF PLAINTIFFS

Pursuant to Local Rule 83.1, Kevin Carroll respectfully moves this Court for leave to withdraw as Attorney for Plaintiffs Muna Al-Suyid and Ibrahim Al-Krshiny, et al. Movant certifies that reasonable notice has been given to plaintiffs of his withdrawal of appearance in this case, and a copy of this motion will be transmitted to plaintiffs.

The Court has wide discretion in ruling on a motion to withdraw. *See Classen Immunotherapies, Inc. v. Biogen Idec*, No. CIV. WDQ-04-2607, 2014 WL 2069653, at *6 (D. Md. May 14, 2014) (citations omitted). Under Local Rule 83.1(G), "[n]o attorney who has entered an appearance in any civil action shall withdraw such appearance, or have it stricken from the record, except on order of the Court and after reasonable notice to the party on whose

behalf said attorney has appeared." Relatedly, Virginia Rule of Professional Conduct 1.16(b) provides that a lawyer may withdraw from representing a client "if withdrawal can be accomplished without material adverse effect on the interests of the client" or if "other good cause for withdrawal exists."

Here, plaintiffs are ably represented by other counsel. Mr. Carroll's learned former colleagues Sarah York, who has entered her appearance in this matter [Dkt. 123], and Joe Grasso, who entered his appearance pro hac vice in this matter [Dkt. 3], will now be co-lead counsel for Plaintiffs. No prejudice will befall the plaintiffs and there will be no "material adverse effect on the interests of the client" if this Court grants the motion,

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting him to withdraw as counsel of record for plaintiffs. A proposed order is attached as Exhibit A.

Respectfully submitted,

Date: March 23, 2022

_____
Kevin Carroll (VSB# 95292)
Hughes Hubbard & Reed LLP
1775 I Street N.W., Suite 600
Washington D.C.  20006
Tel:  (202) 721-4603
Fax:  (202) 721-4646
kevin.carroll@hugheshubbard.com