IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00170 (LMB/JFA) |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

JOINT DISCOVERY STATUS REPORT

Pursuant to this Court's Order of April 22, 2022, Dkt. No. 187, the Parties, having met and conferred, jointly submit the following status report on (1) outstanding discovery issues, and (2) proposed briefing schedule for dispositive motions.

Outstanding Discovery Issues

I.   Written Discovery

The Parties agree that Defendant will produce supplemental responses to Plaintiffs' Interrogatory No. 13 and Requests for Production, pursuant to the Court's prior orders, by May 4, 2022.

II.   Protective Order

The Parties further agree that to facilitate uniform discovery protections across the three related matters, they will negotiate terms for a protective order and will seek uniformity with the expected protective orders in the other two matters. Toward that end, in the event that the Parties are unable to agree on the terms of a

protective order, the Parties agree to argue a motion for protective order on May 6, 2022, on the same date as protective order motions in the other two matters.

For purposes of producing Confidential and/or Attorneys Eyes Only material, Defendant will specify in the supplemental responses of May 4, 2022 whether any material is being withheld as Confidential and/or Attorneys Eyes Only, and that such material will be produced immediately upon entry of a protective order on May 6, 2022.

III. Depositions

The Parties agree that the joint deposition of the Defendant will take place on May 9, 2022. Plaintiffs are requesting an additional day of deposition, and this is not agreed by Defendant.

The Parties agree that the re-deposition of Plaintiff Ibrahim al-Krshini, pursuant to the Court's ruling on October 29, 2021, needs to be scheduled and counsel will exchange dates within the next seven days to get that deposition scheduled.

## Proposed Briefing Schedule

The following proposed briefing schedule takes into account the parallel dispositive motions to be filed and briefed in the two related matters:

- Dispositive Motion and Brief to be filed July 1, 2022;
- Opposition to be filed July 15, 2022;
- Reply to be filed July 22, 2022;
- Hearing date: July 29, 2022.

WHEREFORE, the Parties request that the Court approve their proposed briefing schedule.

Dated: April 29, 2022                              Respectfully submitted,


/s/ Jason C. Greaves
Lindsay R. McKasson, VSB No. 96074
Jesse R. Binnall, VSB No. 79292
Jason C. Greaves, VSB No. 86164
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
Email: lindsay@binnall.com
       jesse@binnall.com
       jason@binnall.com

*Attorneys for Khalifa Hifter*


/s/ Joseph Grasso
Sarah E. York, VSB No. 91188
Joseph G. Grasso (*pro hac vice*)
Wiggin and Dana LLP
800 17th St., NW, Suite 520
Washington, DC 20006
Tel: (917) 744-4776
Fax: (212) 551-2888
Email: syork@wiggin.com
       jgrasso@wiggin.com

*Attorneys for Plaintiffs*

3

CERTIFICATE OF SERVICE

I certify that on April 29, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

Dated: April 29, 2022                                            /s/ Jason C. Greaves
                                                                 Jason C. Greaves

                                                                 *Attorney for Khalifa Hifter*