# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MUNA AL-SUYID, individually and on behalf of the estates of her family members ABDEL SALAM AL-SUYID, IBRAHIM AL-SUYID, KHALID AL-SUYID and MUSTAFA AL-SUYID, and ABDALLA AL-KRSHINY, AHMAD AL-KRSHINY, MAHMUD AL-KRSHINY, and IBRAHIM AL-KRSHINY, individually and on behalf of his family member ALI AL-KRSHINY and MUSTAFA AL-KRSHINY, <br><br> Plaintiffs, <br><br> v. <br><br> KHALIFA HIFTER, <br><br> Defendant. | Civil Action No. <br> 1:20-cv-00170-LMB-JFA <br><br><br><br> MAY 20, 2022 |

**DECLARATION OF JOSEPH G. GRASSO IN SUPPORT OF
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

I, Joseph G. Grasso, counsel for Plaintiffs Muna al-Suyid, acting individually and on behalf of her family members Abdel Salam al-Suyid, Ibrahim al-Suyid, Khalid al-Suyid and Mustafa al-Suyid, and Abdalla al-Krshiny, Ahmad al-Krshiny, Mahmud al-Krshiny and Ibrahim al-Krshiny, acting individually and on behalf of their family members Ali al-Krshiny and Mustafa al-Krshiny (collectively "Plaintiffs") hereby state as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. The statements set out below are based on my personal knowledge.

2. I am a litigation attorney at the law firm of Wiggin and Dana. I serve as counsel for Plaintiffs in the case *al-Suyid et al., Hifter*, No. 1:20-cv-00170-LMB-JFA. I am admitted *pro hac vice* to this Court for this matter. As such, I am familiar with the facts of this case.

3. I hereby certify that Defendant Khalifa Hifter ("Defendant") has repeatedly failed to appear for a duly noticed deposition for a total of four times, in violation of Federal Rule of Civil Procedure 30(a)(1).

4. Plaintiffs previously noticed Defendant's deposition for September 22, 2021; October 13, 2021; November 1, 2021 (subsequently rescheduled to November 9); and May 9, 2022.

5. Defendant has failed to appear at each of the dates that Plaintiffs duly noticed his deposition.

6. I hereby certify that the entirety of Defendant's discovery productions is published material that is available in the public domain, with the exception of a three-page declaration of Defendant.

7. Defendant's declaration, produced as part of discovery, asserted his lack of knowledge of or responsibility for the facts alleged by Plaintiffs.

8. I have a good faith belief that Defendant does not intend to produce further discovery in this case.

9. I have a good faith belief that Defendant does not intend to be deposed in this case.

I declare under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated the 20th day of May 2022, at Washington D.C., the United States.

/s/ *Joseph G. Grasso*
Joseph G. Grasso