IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00170 (LMB/JFA) |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT HIFTER'S MOTION OBJECTING TO MAGISTRATE JUDGE
PROPOSED FINDINGS OF FACT AND RECOMMENDATIONS**

Defendant Khalifa Hifter respectfully objects to the Magistrate Judge Proposed Findings of Fact and Recommendations, entered in this matter on June 10, 2022, granting in part Plaintiffs' Motions for Default Judgment (Elzagally, Dkt No. 145; al-Suyid, Dkt No. 199; Hamza, Dkt No. 129) as to Defendant Hifter's liability for their TVPA claims.

Mr. Hifter's memorandum in support, filed herewith, provides his reasons and arguments for his objection.

Dated: June 24, 2022                                          Respectfully submitted,

/s/ Jason C. Greaves
Jason C. Greaves, VSB No. 86164
Jesse R. Binnall, VSB No. 79292
Lindsay R. McKasson, VSB No. 96074
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930

Email: jason@binnall.com
jesse@binnall.com
lindsay@binnall.com

*Attorneys for Defendant Khalifa Hifter*

## CERTIFICATE OF SERVICE

I certify that on June 24, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jason C. Greaves
Jason C. Greaves

*Attorney for Defendant Khalifa Hifter*