IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KHALIFA HIFTER, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:20-cv-00170 (LMB/JFA) |

### [PROPOSED] ORDER

This matter comes on Defendant Khalifa Hifter's Motion Objecting to Magistrate Judge Proposed Findings of Fact and Recommendation of June 10, 2022. For the reasons stated in the Motion, the accompanying Memorandum in Support, and those articulated in oral argument, and because the Court finds good cause exists to deny default judgment on the Plaintiff's TVPA claims, it is hereby ORDERED that the Motion is GRANTED.

Plaintiffs' Motion for Default Judgment is DENIED.

**SO ORDERED.**


Entered: _____, 2022      _____
                                                                  Leonie M. Brinkema
                                                                  United States District Judge