IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AIDA ELZAGALLY *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | 1:19-cv-00853 (LMB/JFA) |
| | ) | |
| KHALIFA HIFTER, | ) | |
| | ) | |
|    Defendant. | ) | |
| | ) | |
| MUNA AL-SUYID *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | 1:20-cv-00170 (LMB/JFA) |
| | ) | |
| KHALIFA HIFTER, | ) | |
| | ) | |
|    Defendant. | ) | |
| | ) | |
| ALI ABDALLA HAMZA *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | 1:20-cv-01038 (LMB/JFA) |
| | ) | |
| KHALIFA HIFTER, | ) | |
| | ) | |
|    Defendant. | ) | |

## MOTION TO TAKE JUDICIAL NOTICE AND TO STAY PROCEEDINGS

For the reasons set forth in the supporting memorandum, Defendant Khalifa Hifter respectfully moves this Court to take judicial notice of the current status of elections in Libya and to stay all proceedings in the above-listed matters until after the imminent Libyan presidential election.

Counsel for Plaintiff has met and conferred with opposing counsel prior to filing this motion.

Dated: July 22, 2022

Respectfully submitted,

/s/ Jason C. Greaves
Jason C. Greaves, VSB No. 86164
Jesse R. Binnall, VSB No. 79292
Lindsay R. McKasson, VSB No. 96074
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jason@binnall.com
      jesse@binnall.com
      lindsay@binnall.com

*Attorneys for Defendant Khalifa Hifter*

2

## CERTIFICATE OF SERVICE

I certify that on July 22, 2022, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jason C. Greaves
Jason C. Greaves

*Attorney for Defendant Khalifa Hifter*