IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:20-cv-170 (LMB/JFA) |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |

<u>ORDER</u>

For the reasons stated in open court, Defendant Hifter's Motion Objecting to Magistrate Judge Proposed Findings of Fact and Recommendations [Dkt. No. 210] and Motion to Take Judicial Notice and to Stay Proceedings [Dkt. No. 215] are DENIED, and the Magistrate Judge's Proposed Findings of Fact and Recommendations [Dkt. No. 209] are FULLY ADOPTED. Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Default Judgment [Dkt. No. 199] be and is GRANTED as to defendant's liability but HELD IN ABEYANCE as to damages; and it is further

ORDERED that by close of business on Friday, September 9, 2022, plaintiffs in the three related civil actions submit one consolidated brief of no more than thirty (30) pages that, among other things discussed in open court, proposes a structure for the damages hearing, identifies any witnesses who want to testify live, and suggests how non-live testimony should be presented; and it is further

ORDERED that the Motion of Binnall Law Group to Withdraw as Counsel for Defendant Khalifa Hifter [Dkt. No. 202] be and is GRANTED once the Binnall Law Group has complied with the conditions for withdrawal specified in the Order dated June 10, 2022 [Dkt. No. 208].

The Clerk is directed to terminate the appearances of Jesse Binnall, Jason Greaves, Lindsay McKasson, and the Binnall Law Group on behalf of defendant and forward copies of this Order to counsel of record and the pro se defendant (through the Binnall Law Group).

Entered this 29th day of July, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

2