IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:20-cv-00170 (LMB/JFA) |
| | ) |
| KHALIFA HIFTER, | ) |
| | ) |
| Defendant. | ) |

ORDER

Defense counsel Binnall Law Group's Notice of Compliance with Court Order [Dkt. No. 228] shows good cause that the withdrawal requirements imposed on counsel have been satisfied. Accordingly, it is hereby

ORDERED that the Motion of Binnall Law Group to Withdraw as Counsel for Defendant Khalifa Hifter [Dkt. No. 202] is GRANTED; and it is further

ORDERED that Jesse R. Binnall, Lindsay R. McKasson, Jason C. Greaves, and the Binnall Law Group's representation of the defendant be and is TERMINATED.

The Clerk is directed forward copies of this Order to counsel of record.

Entered this 16th day of September, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge