IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, et al., | : |
| | : |
| Plaintiffs, | : Civil Action No.: 1:19-cv-853 |
| | : |
| v. | : |
| | : |
| KHALIFA HIFTER, | : |
| | : |
| Defendant. | : |
| | : |
| MUNA AL-SUYID, et al., | : Civil Action No.: 1:20-cv-170 |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| KHALIFA HIFTER | : |
| | : |
| Defendant. | : |
| | : |
| ALI ABDULLAH HAMZA, et al. | : Civil Action No.: 1:20-cv-1038 |
| | : |
| Plaintiffs, | : |
| | : (CASES CONSOLIDATED FOR |
| v. | :  PURPOSES OF DISCOVERY) |
| | : |
| KHALIFA HIFTER, | : |
| | : |
| Defendant. | : |
| | : |

**DEFENDANT KHALIFA HIFTER'S MOTION
TO MODIFY THE SCHEDULING ORDER**

COMES NOW, Defendant, by and through his counsel, and respectfully requests this Court to modify the scheduling order pursuant Federal Rules of Civil Procedure 16(b).  Hifter respectfully requests that the scheduling order be modified to allow an additional 60 days to conduct discovery and to allow Hifter's late designation of expert witnesses.

Accordingly, for the reasons contained in Defendant Khalifa Hifter's Memorandum in Support of Motion to Modify the Scheduling Order, filed herewith, Hifter respectfully requests the Court grant Defendant's Motion.

Dated: October 20, 2023

Respectfully submitted,

KHALIFA HIFTER

By Counsel

/s/ Robert H. Cox
Robert H. Cox (VSB No. 33118)
Madison A. Beatty (VSB No. 98099)
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
(703) 883-0880 [telephone]
(703) 883-0899 [facsimile]
rcox@brigliahundley.com
mbeatty@brigliahundley.com

## MEET AND CONFER CERTIFICATE

I certify that on October 3 and 18, 2023, Defendant's counsel and Plaintiffs' counsel met and conferred about the issues contained herein and the hearing date pursuant to Local Rule 7. Plaintiffs' counsel stated that they intend to oppose this motion.

/s/ Robert H. Cox
Robert H. Cox (VSB No. 33118)

## CERTIFICATE OF SERVICE

I certify that on October 20, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

s/ Robert H. Cox
Robert H. Cox (VSB No. 33118)