IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, et al., | : |
| Plaintiffs, | : Civil Action No.: 1:19-cv-853 |
| v. | : |
| KHALIFA HIFTER, | : |
| Defendant. | : |
| MUNA AL-SUYID, et al., | : Civil Action No.: 1:20-cv-170 |
| Plaintiffs, | : |
| v. | : |
| KHALIFA HIFTER | : |
| Defendant. | : |
| ALI ABDULLAH HAMZA, et al. | : Civil Action No.: 1:20-cv-1038 |
| Plaintiffs, | : |
| v. | : (CASES CONSOLIDATED FOR PURPOSES OF DISCOVERY) |
| KHALIFA HIFTER, | : |
| Defendant. | : |

**[PROPOSED] ORDER**

This matter comes on Defendant Khalifa Hifter's Motion to Modify the Scheduling Order. For the reasons stated in the Motion, the accompanying Memorandum in Support, and those articulated in oral argument, and because the Court finds good cause exists to alter the current scheduling order, it is hereby

ORDERED that the Motion is GRANTED and the scheduling order may be modified to allow an additional 60 days to conduct discovery and a late designation of expert witnesses.

Entered this _____ day of _____, 2023.

_____
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia