IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MUNA AL-SUYID, *et al.*,   )
          )
    Plaintiffs,   )
          )
v.        )   Civil Action No. 1:20cv0170 (LMB/JFA)
          )
KHALIFA HIFTER,   )
          )
    Defendant.   )
          )

## ORDER

This matter is before the court on defendant's motion to modify the scheduling order. (Docket no. 255). Having reviewed the motion (Docket no. 255), memorandum in support (Docket no. 255-1), response (Docket no. 257), and reply (Docket no. 258), and having considered the argument presented by counsel during the hearing on November 17, 2023, it is hereby

ORDERED that defendant's motion is granted in part and denied in part for the reasons stated from the bench. Defendant's request for late designation of expert witnesses is denied. Defendant's request to take depositions of plaintiff Nehma Abdalla Al-Mahdi Hamza and plaintiff Aida Elzagally is granted. Discovery will be re-opened for a period of 60 days and is limited solely to defendant's deposing of these two plaintiffs.

Entered this 17th day of November, 2023.

                                                                        /s/
                                                  John F. Anderson
                                                  United States Magistrate Judge
                                                  John F. Anderson
                                                  United States Magistrate Judge

Alexandria, Virginia