# **EXHIBIT A** – Nov. 6, 2022, Deposition Transcript filed under seal pursuant to Protective Order entered May 6, 2022