# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ABDALLA AL-KRSHINY,              §
MUSTAFA AL-SUYID, ALI            §
AL-KRSHINY, IBRAHIM              §
AL-SUYID, IBRAHIM                §
AL-KRSHINY, MAHMUD               §
AL-KRSHINY, ABDEL SALAM          §
AL-SUYID, AHMAD                  §
AL-KRSHINY, KHALID               §
AL-SUYID, MUNA AL-SUYID,         §
AND MUSTAFA AL-KRSHINY,          §
                                 §   CASE NO. 1:20-cv-00170
          Plaintiffs,            §
                                 §
VS.                              §
                                 §
KHALIFA HIFTER, KHALID           §
HIFTER, AND SADDAM               §
HIFTER,                          §
                                 §
          Defendants.            §

CONFIDENTIAL

Remote Deposition of AHMAD AL-KRSHINY

Thursday, November 4, 2021 - 2:21 p.m. EST

Reported by:

JANICE McMORAN, CSR, RDR, CRR, TCRR

Job No.: 3544

Page 32

1    A.   I was located outside the house, on the
2  street.
3    Q.   And did someone tell you that the women
4  and children were going to be allowed to leave
5  safely?
6    A.   Yes.  Some of the neighbors approached us
7  and told us that they will allow -- they heard that
8  the group will allow the women and children to leave
9  safely.
10   Q.   Were any of your neighbors' homes under
11 attack, or was it only your home?
12   A.   No, the direct attack was on our building,
13 on our house.
14   Q.   Earlier you mentioned that four to five
15 individuals entered your home and identified
16 themselves as being a part of Brigade Number 21.
17 What kind of clothes were they wearing?
18   A.   They were wearing military uniforms.  Some
19 of them were wearing a T-shirt with a military
20 uniform pants.  Some were wearing a full uniform.  I
21 don't remember exactly the details.
22   Q.   Did you recognize any sort of military
23 insignia on the military clothing that you saw?
24   A.   The military uniform became widespread in
25 Libya after the revolution.  It's not that

Page 33

1  significant to understand that any special signs or
2  any special other attributes on that uniform.  It's
3  pretty common to see somebody wearing it in Libya.
4       Q.   When you say "military uniform," are you
5  describing Army fatigues?
6       A.   Yes.  I'm not sure if it was the Army
7  uniform fatigue or it was something else.  As I
8  mentioned, a lot of people are wearing military
9  uniforms at the moment.  It was a green camouflage
10 color.
11      Q.   Okay.  When you were describing that in,
12 you know, the last few years a lot of people in
13 Libya are wearing military uniforms, are you
14 describing the green camouflage that people may
15 wear?
16      A.   Yes.
17      Q.   Is it your understanding that just because
18 someone may wear that green camouflage that you were
19 just describing, they may not be a part of an
20 official military?
21      A.   Yes.  But those individuals identified
22 themselves as members of the 21st Brigade that is
23 fighting under the leadership of Hifter and fighting
24 under the Karamah or Dignity project.
25      Q.   What is the basis for your contention that