# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Civil Action No. 1:20-cv-00170(LMB/JFA)


MUNA AL-SUYID,

      Plaintiff,

  -vs-

KHALIFA HIFTER,

    Defendant.
_____/



Deposition of ABDALLA AL-KRSHINY

Wednesday, November 3, 2021 - 2:16 p.m.








Reported by:

Erica Field, FPR

Job No.: 3543

1                     A. AL-KRISHNY

2    event of that year as described, beginning

3    May of that year, because of the announcement

4    of Hifter's exit, the security situation in

5    Benghazi was very chaotic. Different kinds

6    of arms were spreading heavily in the

7    streets. We as shop owners and business

8    owners were trying to protect our properties

9    and our money and our families.

10           So at that point, everybody was

11   trying to secure some -- their hands on any

12   kind of weapon, and we honestly had those two

13   rifles. We did have them to protect our

14   families. We never used them outside the

15   house. We never carried them before, but we

16   felt the pressure and the need to have them

17   and to obtain them for our own protection.

18   BY MS. MCKASSON:

19      Q.   Did you use those rifles on

20   October 17, 2014?

21      A.   We used them, but I didn't know

22   how to use them properly, and maybe we did

23   use them to shoot one or two bullets, and

24   that gave the impression to the other side

25   that we were heavily armed or were using