**<u>EXHIBIT D</u>** –filed under seal pursuant to Protective Order entered May 6, 2022