# EXHIBIT G

Plaintiffs further respond that at Gaddafi's death, there were between 20 and 25 million pieces of weapons in Libya. Under the circumstances in Libya, each Libyan could have owned at least three pieces of weapons. As a result of the 2011 Revolution, the state security system collapsed since its only mission was to serve Muammer Gaddafi's interest. Police force was lacking. Many Libyans were obligated to and did obtain arms to defend themselves and their properties. The plaintiffs' families were not an exception to the rest of Libyan families. They owned weapons to defend their lives and properties.

**Interrogatory No. 12:**

Identify and describe in detail how and to what extent members of the al-Krshiny family were involved in the gunfight at the al-Krshiny family home, state with particularity the basis for Plaintiffs' contention, who was involved, what their involvement was, and what happened.

**Response to Interrogatory No. 12:**

Subject to and without waiving any objections, under which documents may be withheld in whole or in part, Plaintiffs provide the following additional information:

During the October 17, 2014 attacks, the al-Krshiny family acted in self-defense. They were forced to defend themselves and their property. After coming under attack, members of the al-Krshiny family returned fire by using rifles. Al-Krshinys owned rifles for self-defense and the protection of their businesses and properties.  Plaintiffs further refer to their supplemental response to Interrogatory 8 regarding Plaintiffs' ownership of weapons.

Dated: July 28, 2021

Respectfully Submitted,
**WIGGIN AND DANA LLP**

*/s/ Kevin T. Carroll*
Kevin T. Carroll (VSB#95292)
Joseph G. Grasso (*pro hac vice*)

15