**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |  |
|---|---|---|
| MUNA AL-SUYID, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  1:20-cv-0170 (LMB/JFA) |
| | ) | |
| KHALIFA HIFTER | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**ORDER**

Plaintiffs' Motion for Summary Judgment is hereby granted for the reasons stated in the Motion; and it is further ORDERED,

A trial for damages be scheduled on _____.


_____
JUDGE