UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

|  |  |  |  |
|---|---|---|---|
| MUNA AL-SUYID, et al. | ) | | |
| Plaintiffs, | ) | | |
| v. | ) | No. | 1:20-cv-0170 (LMB/JFA) |
| KHALIFA HIFTER | ) | | |
| Defendant, | ) | | |

**NOTICE OF APPEAL**

Plaintiffs Muna al-Suyid, Ibrahim al-Krshiny, Abdalla al-Krshiny, Ahmad al-Krshiny and Mahmud al-Krshiny, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final order [Dkt. No. #297] entered in this action on the 12th of April 2024 granting the Defendant's Motion for Summary Judgement.

Respectfully submitted,

*FMG*

May 8, 2024

Faisal Gill (VSB 93255)
Gill Law Firm
1717 Pennsylvania Ave Suite 1025
Washington DC 20006
fgill@glawoffice.com
310-418-6675
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record in this case:

*FMG*

Faisal Gill (VSB 93255)
Gill Law Firm
1717 Pennsylvania Ave Suite 1025
Washington DC 20006
fgill@glawoffice.com
310-418-6675
Counsel for Plaintiffs