# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **MUNA AL-SUYID, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No.: 1:20-cv-0170 (LMB/JFA) |
| : | |
| **KHALIFA HIFTER** : | |
| : | |
| Defendant. : | |
| : | |

## BRIGLIAHUNDLEY, P.C.'S MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1, Madison A. Beatty and James W. Hundley of BrigliaHundley, P.C. respectfully moves this Court for leave to withdraw as Attorney for Defendant Khalifa Hifter. Movants certify that reasonable notice has been given to the defendant of their withdrawal of appearance in this case. A copy of this motion will also be transmitted to the defendant. Movants further certify that they have notified opposing counsel of this motion.

For the reasons contained in Movant's memorandum in support of this motion, filed herewith, Movants respectfully request that this Court grant permission to withdraw as counsel for Defendant in this matter.

Dated: July 21, 2025

Respectfully submitted,

KHALIFA HIFTER

By Counsel

/s/ Madison A. Beatty
Madison A. Beatty (VSB No. 98099)
James W. Hundley (VSB No. 30723)
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 900
Tysons Corner, Virginia 22182
(703) 883-0880 [telephone]
(703) 883-0899 [facsimile]
mbeatty@brigliahundley.com
jhundley@brigliahundley.com

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Madison A. Beatty
Madison A. Beatty (VSB No. 98099)