IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, et al. <br> Plaintiffs, <br><br> v. <br><br> KHALIFA HIFTER <br> Defendant, | ) ) ) ) ) ) ) No.  1:20-cv-00170 (LMB/JFA) ) ) ) ) |

**JOINT STATUS REPORT**

TO: The Honorable Leonie M. Brinkema
United States District Judge

Pursuant to the Court's order dated July 21, 2025 [ECF No. 311], the parties have conferred and have agreed to noticing a joint status conference on Friday, September 5, 2025, at 10 a.m. Eastern Prevailing Time.

Further, pursuant to the Court's Order dated July 31, 2025 [ECF Doc. No. 313], and in light of the Fourth Circuit's decision in the appeal for *Muna Al-Suyid, et al. v. Khalifa Hiftar* 24-1422 issued on June 5, 2025, which reversed the District Court's dismissal and remanded the action for further proceedings and *Muna Al-Suyid, et al. v. Khalifa Hiftar* 24-1429 issued on June 5, 2025, which dismissed the Defendant/Cross-Appellant's appeal, the parties hereby submit the following Joint Status Report:

**1. Case Background**

On April 12, 2024, this Court dismissed the above-styled case with two other consolidated cases with prejudice.

On June 5, 2025, the Fourth Circuit reversed the dismissal in this and another consolidated case and remanded for further proceedings.

On June 27, 2025, the Fourth Circuit issued the formal mandate in this case.

On July 21, 2025, Madison A. Beatty and James W. Hundley moved to withdraw as Counsel for the Defendant in this case, which has been held in abeyance by this Court.

**2. Scope of Remand**

The Fourth Circuit's mandate specifically instructs the District Court to find jurisdiction over the Defendant for "further proceedings without considering the alternative grounds for affirmance that Hifter offers.*" *See Muna Al-Suyid, et al. v. Khalifa Hifter*, 24-1422, ECF Doc. 48 at 9. In a footnote, the Fourth Circuit states that "the plaintiffs' summary judgment motions or any merits-based aspects of Hifter's own motions . . . remain live before the district court on remand." *See Id.* at 9, footnote.

**3. Proposed Next Steps & Schedule**

Plaintiffs do not oppose the Motion to Withdraw as Counsel by Madison A. Beatty and James W. Hundley and propose scheduling the case for trial.

Robert H. Cox will remain as counsel of record for Defendant. He has changed firms and is now at Whiteford, Taylor & Preston, LLP. His updated address is: 3190 Fairview Park Drive, Suite 800, Falls Church, VA 22042-4510.

**4. Remaining Issues / Disagreements**

Pending dispositive motions filed by both parties.

**5. Status of Discovery**

Both parties have completed all discovery.

**6. Settlement / ADR**

The parties have not conducted formal settlement discussions since remand.

**Conclusion**

The Parties respectfully request that the Court grant the motion of Madison A. Beatty and

2

James W. Hundley, to withdraw as Counsel for the Defendant and request this Court enter a trial scheduling order and provide any further guidance on the scope of proceedings.

| | |
|---|---|
| DATE: August 8, 2025 | Respectfully submitted, |
| /s/ Faisal Gill | /s/ Madison A. Beatty |
| Faisal Gill (VSB No. 93255) | Madison Beatty (VSB No. 98099) |
| Gill Law Firm | James W. Hundley (VSB No. 30723) |
| 1717 Pennsylvania Ave, Suite 1025 | BRIGLIA HUNDLEY, P.C. |
| Washington, DC 20006 | 1921 Gallows Road, Suite 900 |
| fgill@glawoffice.com | Tysons Corner, VA 22182 |
| Tel: 310-418-6675 | mbeatty@brigliahundley.com |
| *Counsel for Plaintiffs* | jhundley@brigliahundley.com |
| | Tel: 703 883-0880 |
| | *Counsel for Defendant* |

_____
Robert H. Cox (VSB No. 33118)
WHITEFORD, TAYLOR & PRESTON LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
rcox@whitefordlaw.com
Tel: 703-280-9260
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Faisal Gill
Faisal Gill (VSB 93255)
Counsel for Plaintiffs
