# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Date: 9/5/2025　　　　　　　　　　　　Case No.: **1:19-cv-00853-LMB-JFA**
　　　　　　　　　　　　　　　　　　　　　　　**1:20-cv-00170-LMB-JFA**

Court Time: 9:59 – 10:14 (00:15)

---

Docket Entry:　　**STATUS CONFERENCE**

---

# ELZAGALLY ET AL

v.

# HIFTER
# &
# AL-SUYID ET AL

v.

# HIFTER ET AL

PRESENT:　　　　Honorable **LEONIE M. BRINKEMA**,　　United States District Judge

　　　　　　　　COURTROOM DEPUTY:　　Katie Galluzzo
　　　　　　　　COURTROOM REPORTER:　Stephanie Austin
　　　　　　　　PLAINTIFF'S COUNSEL:　　Abdel-Rahman Hamed
　　　　　　　　DEFENDANT'S COUNSEL:　Robert Cox

**PROCEEDINGS:**

- Counsel updates the Court
- Court denies request to reopen discovery
- Summary judgment motions to be filed within 60 days; 30 days to respond; 14 days to reply