IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AIDA ELZAGALLY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:19-cv-853 (LMB/JFA) |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| MUNA Al-SUYED, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:20-cv-170 (LMB/JFA) |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that any motions for summary judgment be filed within 60 days of this Order. Parties will have 30 days to respond and 14 days to reply.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 5th day of September, 2025.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge