IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MUNA AL-SUYID, et al.,                         :

          Plaintiffs,                            :

                         :

v.                                             :          Civil Action No.:  1:20-cv-170

KHALIFA HIFTER,                                :

          Defendant.                             :

                         :

## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant, by and through his counsel, pursuant to Federal Rule of Civil Procedure 56, and respectfully requests this Court grant his Motion for Summary Judgment.

Accordingly, for the reasons contained in Defendant's Memorandum of Law in Support of his Motion for Summary Judgment, filed herewith, Defendant respectfully requests this Court grant Defendant's Motion.

Dated:  November 4, 2025

Respectfully submitted,

KHALIFA HIFTER

By Counsel

   /s/ *Robert H. Cox*
Robert H. Cox (VSB No.:  33118)
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virgini  22042
Telephone:  (703) 573-1037
Facsimile:  (703) 280-8941
Email:  rcox@whitefordlaw.com

## CERTIFICATE OF SERVICE

I certify that on November 4, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Robert H. Cox*
Robert H. Cox (VSB No.: 33118)

*4907-5915-1478 v.1*

2