IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MUNA AL-SUYID, et al.,          :

      Plaintiffs,           :

                           :

v.                        :         Civil Action No.:  1:20-cv-170

                           :

KHALIFA HIFTER,          :

      Defendant.           :

_____:

## [PROPOSED] ORDER

This matter comes on Defendant Khalifa Hifter's Motion for Summary Judgment.  For the reasons stated in the Motion, the accompanying Memorandum in Support, and those articulated in oral argument, and because the Court finds good cause otherwise exists, it is hereby

ORDERED that Defendant Khalifa Hifter's Motion for Summary Judgment is GRANTED. Final Judgment is entered in favor of Defendant Khalifa Hifter and against Plaintiffs as to all of Plaintiffs' claims.

Entered this _____ day of _____, 2025.


_____
Leonie M. Brinkema
United States District Judge
Alexandria, Virginia


*4911-5046-6935 v.1*