IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MUNA AL-SUYID, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:20-cv-170 |
| KHALIFA HIFTER, | : |
| Defendant. | : |

## NOTICE OF FILING MOTION TO SEAL

Pursuant to Local Civil Rule 5, Defendant provides this Notice of filing a Motion to Seal. Parties and non-parties may submit memoranda[1] in support or in opposition to Defendant's Motion to File Under Seal Portions of Defendant's Motion for Summary Judgment within seven (7) days. If no objection is filed within seven (7) days, the Court may treat the motion as uncontested.

Dated:  November 4, 2025                    Respectfully submitted,

                                            KHALIFA HIFTER

                                            By Counsel


                                            /s/ *Robert H. Cox*
                                            Robert H. Cox (VSB No.:  33118)
                                            Whiteford, Taylor & Preston L.L.P.
                                            3190 Fairview Park Drive, Suite 800
                                            Falls Church, Virgini  22042
                                            Telephone:  (703) 573-1037
                                            Facsimile:  (703) 280-8941
                                            Email:  rcox@whitefordlaw.com

---

[1] All or parts of these memoranda may be designated as confidential.

## CERTIFICATE OF SERVICE

I certify that on November 4, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Robert H. Cox*
Robert H. Cox (VSB No.: 33118)

*4915-6780-0439 v.1*