IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MUNA AL-SUYID, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:20-cv-170 |
| KHALIFA HIFTER, | : |
| Defendant. | : |

## MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Civil Rule 5, Defendant respectfully moves the Court for leave to file Exhibit A, Exhibit B, Exhibit D and Exhibit E to Defendant's Memorandum of Law in Support of his Motion for Summary Judgment, and any references of such exhibits therein under seal. These documents must be filed under seal for the reasons stated in the accompanying Memorandum in Support.

Dated: November 4, 2025

Respectfully submitted,

KHALIFA HIFTER

By Counsel

/s/ *Robert H. Cox*
Robert H. Cox (VSB No.: 33118)
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virgini 22042
Telephone: (703) 573-1037
Facsimile: (703) 280-8941
Email: rcox@whitefordlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on November 4, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                                       */s/ Robert H. Cox*
                                       Robert H. Cox (VSB No.: 33118)

*4931-1497-4327 v.1*