IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MUNA AL-SUYID, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:20-cv-170 |
| KHALIFA HIFTER, | : |
| Defendant. | : |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in Defendant's Motion to File Under Seal Portions of Defendant's Motion for Summary Judgment, and having reviewed the submissions, this Court **GRANTS** the Motion, **FINDING** that: (1) Defendant provided sufficient notice of the request; (2) that there are no less drastic alternatives than sealing the exhibits any references to such exhibits, and (3) Defendant has legitimate concerns if this information became public. It is hereby

**ORDERED** that Exhibit A, Exhibit B, Exhibit D and Exhibit E to Defendant's Motion for Summary Judgment, and any references of such exhibits in Defendant's Memorandum of Law in Support of his Miton for Summary Judgment be filed under seal.

Entered this _____ day of _____, 2025.

_____
Leonie M. Brinkema
United States District Judge
Alexandria, Virginia

*4937-1580-8631 v.1*