IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNA AL-SUYID, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:20-cv-170 (LMB/JFA) |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |

<u>ORDER</u>

On November 4, 2025, defendant filed a Motion to File Under Seal Portions of Defendant's Memorandum of Law in Support of His Motion for Summary Judgment ("Motion"), which seeks leave to file under seal Exhibits A, B, D, and E to defendant's Memorandum of Law in Support of his Motion for Summary Judgment, and any references to those exhibits. This wholesale request to seal the entirety of these exhibits, which include defendant's deposition transcripts, is inappropriate especially given the public's interest in this civil action, which defendant's Motion identifies, [Dkt. No. 325] at ¶ 7. Accordingly, it is hereby

ORDERED that defendant's Motion [Dkt. No. 324] be and is DENIED WITHOUT PREJUDICE as to defendant's ability to file a more refined motion to redact from the identified exhibits certain information which may cause "an unnecessary risk to Defendant's safety and the safety of individuals not a party to these cases," [Dkt. No. 325] at ¶ 12.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 4th day of November, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
**United States District Judge**