IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| MUNA AL-SUYID, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No.:  1:20-cv-170 |
| | : | |
| KHALIFA HIFTER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**PRAECIPE**

PLEASE TAKE NOTICE that Defendant Khalifa Hifter is filing an unredacted version of Defendant's Memorandum of Law In Support of His Motion for Summary Judgment with unredacted exhibits in response to this Court's November 5, 2025, Order denying the previously filed Motion to Seal.

Dated:  November 13, 2025                Respectfully submitted,

                                         KHALIFA HIFTER

                                         By Counsel


                                         _/s/ Robert H. Cox_
                                         Robert H. Cox (VSB No.:  33118)
                                         Whiteford, Taylor & Preston L.L.P.
                                         3190 Fairview Park Drive, Suite 800
                                         Falls Church, Virgini  22042
                                         Telephone:   (703) 573-1037
                                         Facsimile:   (703) 280-8941
                                         Email:   rcox@whitefordlaw.com

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2025, a copy of the foregoing was filed with the Clerk of

the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.


   /s/ *Robert H. Cox*
Robert H. Cox (VSB No.:  33118)


*4918-4460-2746 v.1*