IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| MUNA AL-SUYID, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:20-cv-170 (LMB/JFA) |
| KHALIFA HIFTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court, to be further explained in a Memorandum Opinion,

it is hereby

ORDERED that defendant's Motion for Summary Judgment, [Dkt. No. 321], be and is

GRANTED.

The Clerk is directed to forward a copy of this Order to counsel of record and not to enter

judgment in defendant Khalifa Hifter's favor pursuant to Federal Rule of Civil Procedure 58

until the Memorandum Opinion is issued.

Entered this 20 day of February, 2026.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge